ORIGINAL

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-7-2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
GILBERTO COSIA GARCIA, CASTRO
SILVESTRE, and NOE VASQUEZ,

              Plaintiffs,

     - against -

GIORGIO'S BRICK OVEN & WINE BAR,
GIORGIO'S WINE BAR, and MAGEDY IZIZ,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - X

11 Civ. 4689 (LLS)

ORDER

    On due consideration, after review of Magistrate Judge Maas's Report and Recommendation dated August 15, 2012, no party having objected, the time for objecting having expired, and no clear error appearing on the face of the record, the Report and Recommendation is approved and adopted.

    The Clerk is directed to enter judgment accordingly and close the case.

Dated:    September 7, 2012
           New York, New York

                                              *Louis L. Stanton*
                                              LOUIS L. STANTON
                                                  U.S.D.J.